**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BENZA, CARLO                           §    Case No. 10-08268-BWB
                                              §
                                              §
                                              §
Debtor(s)                                     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15 on 03/18/2011 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/16/2011            By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                             Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: BENZA, CARLO § | Case No. 10-08268-BWB |
| § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 5,000.35 |
| *and approved disbursements of* | $ 4.04 |
| *leaving a balance on hand of* [1] | $ 4,996.31 |
| **Balance on hand:** | **$ 4,996.31** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,996.31 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,250.04 | 0.00 | 1,250.04 |
| Attorney for Trustee, Fees - Grochocinski, Grochocinski & Lloyd, Ltd. | 760.00 | 0.00 | 760.00 |
| Attorney for Trustee, Expenses - Grochocinski, Grochocinski & Lloyd, Ltd. | 30.05 | 0.00 | 30.05 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,040.09 |
| Remaining balance: | $ 2,956.22 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

        Total to be paid for prior chapter administrative expenses: $   0.00
        Remaining balance: $   2,956.22

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

        Total to be paid for priority claims: $   0.00
        Remaining balance: $   2,956.22

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 19,321.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Laraway Center L.L.C. | 19,111.48 | 0.00 | 2,928.09 |
| 2 | Hedges Clinic | 210.00 | 0.00 | 32.17 |

        Total to be paid for timely general unsecured claims: $   2,960.26
        Remaining balance: $   -4.04

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ -4.04

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ -4.04


Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: ahamilton              Page 1 of 1                  Date Rcvd: Feb 17, 2011
Case: 10-08268                Form ID: pdf006              Total Noticed: 22
```

The following entities were noticed by first class mail on Feb 19, 2011.
```
db           +Carlo Benza,   18712 Kestrel Avenue,   Mokena, IL 60448-8294
aty          +Ariane Holtschlag,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
tr           +Thomas B Sullivan,   Grochocinski, Grochocinski & Lloyd Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
15175580      Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
15175581      Citi Mortgage,   P.O. Box 183040,   Columbus, OH 43218-3040
15175584      Comcast,   P.O. Box 3001,   Southeastern, PA 19398-3001
15175585     +George,   2219 West Thome,   Chicago, IL 60659-2942
15175588      HSBC Card Services,   P.O. Box 37281,   Baltimore, MD 21297-3281
15175586     +Harris Bank,   P.O. Box 6201,   Carol Stream, IL 60197-6201
15175587      Hedges Clinic,   415 East Main Street,   P.O. Box 213,   Streator, IL 61364-0213
15431265     +Laraway Center L.L.C.,   C/O Its Attorney,   Steven Plato Troy,   116 North Chicago Street,
               Suite 202,   Joliet,Illinois 60432-4207
15175591     +McCarthy Landings,   7815 West 159th Street,   Tinley Park, IL 60477-1343
15175594     +Real Time Resolution,   1750 Regal Row,   # 120,   Dallas, TX 75235-2287
15175595      TCF Bank,   800 Burr Ridge Parkway,   Burr Ridge, IL 60527-6486
15175596      Washington Mutual,   P.O. Box 44118,   Jacksonville, FL 32231-4118
```
The following entities were noticed by electronic transmission on Feb 17, 2011.
```
aty          +E-mail/Text: daviddaudell@ddlaw-associates.com                           David W Daudell,
               Law Office of David W Daudell,   211 West Wacker Drive,   Suite 500,   Chicago, IL 60606-1388,
               U.S.A.
15175582     +E-mail/Text: legalcollections@comed.com                          Com-Ed,   P.O. Box 6111,
               Carol Stream, IL 60197-6111
15175589     +E-mail/Text: dono@solutions4buildings.com                          Laraway Center,
               750 Center Road,   Frankfort, IL 60423-1600
15175592     +E-mail/Text: bankrup@nicor.com                          Nicor,   P.O. Box 0632,
               Aurora, IL 60507-0632
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15175583*    +Com-Ed,   P.O. Box 6111,   Carol Stream, IL 60197-6111
15175590*    +Laraway Center,   750 Center Road,   Frankfort, IL 60423-1600
15175593*    +Nicor,   P.O. Box 0632,   Aurora, IL 60507-0632
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2011**            **Signature:** _Joseph Speetjens_